# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | 1:19CR-071 |
| v. | JUDGE J. BARRETT |
| CHRISTOPHTER STATEN, aka "COOTER" (1), | MOTION TO SEAL INDICTMENT |
| ADAM MAY (2), | |
| JARON BROCK (3), | |
| MISTY STATEN (4), | |
| LISA DAVIS aka "OLD GIRL" (5), | |
| CHARITY COPE aka "CHARITY GEORGE" (6), | |
| JOE COLLINS (7), | |
| JACOB PACK (8), | |
| DANIEL PACK (9), | |
| AMY JOHNSON (10), | |
| RAYMOND JOHNSON (11), | |
| PRESLEE WINTERS (12), | |
| SCOTTY SHAFFER, JR. (13), | |
| JOEY WEBB (14), | |
| ANGELO COLLINS (15), | |
| RICHARD ORR (16), | |
| FRED CUPP (17), | |
| TERRI ARD aka "MILF" (18), | |
| KATHY ADAMS (19), | |
| MELISSA KOEHLLER aka "MELISSA BARNES" (20), | |

| | |
|---|---|
| CARL SPRIGGS (21) and <br><br> ALEXANDRA GRACE WORKMAN (22). <br><br> Defendants. | |

The United States Attorney respectfully requests that this Indictment be kept secret until all defendants are in custody.

## MEMORANDUM

Rule 6(e)(4), Federal Rules of Criminal Procedure, authorizes the federal magistrate judge to whom an indictment is returned to direct that the Indictment be kept secret until all defendants are in custody. The arrest of the above-referenced defendant will be effected as soon as practicable.

Therefore, the United States Attorney requests that the Clerk be ordered to seal the Indictment and not disclose its return except as necessary for the issuance and execution of an arrest warrant.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/Christy L. Muncy*
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047
E-mail: Christy.muncy@usdoj.gov